FILED
CLERK, U.S. DISTRICT COURT

APR 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO DELGADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN: R. DAVIS<br>CHOWCHILLA VALLEY STATE PRISON,<br><br>　　　　Respondent. | NO. CV 12-10762-AHS(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment
3   herein on Petitioner and counsel for Respondent.
4
5   LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7   DATED:     April 16    , 2013.
8
9
10
        _____
11      ALICEMARIE H. STOTLER
        UNITED STATES DISTRICT JUDGE