FILED
CLERK, U.S. DISTRICT COURT

APR 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO DELGADO, | ) NO. CV 12-10762-AHS(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN: R. DAVIS<br>CHOWCHILLA VALLEY STATE PRISON, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____April 16_____, 2013.

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE